IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FT. SMITH DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 26 2018

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

WILLIAM SIX, JR.                                    PLAINTIFF

VS.                NO. 18-2057

CIGNA LIFE INSURANCE COMPANY
OF NEW YORK and LIFE INSURANCE COMPANY
OF NORTH AMERICA and
CIGNA GROUP INSURANCE                               DEFENDANTS

## COMPLAINT

COMES NOW Plaintiff, William Six, Jr., by and through his attorney, Daniel A. Webb, and for his complaint states:

### PARTIES AND JURISDICTION

1. This is an action to recover benefits pursuant to section 502(a), (e)(1) and (f) of the Employee Retirement Income Security Act of 1974 ("ERISA"). 29 U.S.C. § 1132(a), (e)(1) and (f).

2. This Court has federal question subject matter jurisdiction and personal jurisdiction over the parties and is the proper venue pursuant to 28 U.S.C. § 1391(b).

3. Plaintiff, William Six, Jr. ("Six"), is a resident of Crawford County, Arkansas. Six participated in employer provided insurance plans for long term disability benefits and life insurance premium waiver benefits (the "Plans") while employed by Penrod Ricard as a Team Leader. (See Plans attached as exhibits A and B)

4. The Plans were underwritten and administered by CIGNA Life Insurance Company of New York and Life Insurance Company of North America.

Both are fiduciaries under the Plans and parties in interest. Both are foreign corporations and upon information and belief may be served in Arkansas at the Corporation Company, 124 W. Capitol Ave, Ste. 1900, Little Rock, Arkansas, 72201.

5. CIGNA Group Insurance ("CIGNA") operated as the claims administrator for both Plans and CIGNA is a party in interest. CIGNA is a foreign corporation and upon information and belief may be served in Arkansas at the Corporation Company, 124 W. Capitol Ave, Ste. 1900, Little Rock, Arkansas, 72201.

6. At all times relevant hereto each Defendant was doing business throughout the United States and within the Western District of Arkansas.

## FACTS

7. While employed by Penrod Ricard, Six participated in the Plans. While a Plans participant, Six developed degenerative disk disease, lumbar post-laminectomy syndrome, spinal stenosis, carotid athisosclerosis, migraine headaches, anxiety/depression, knee pain, loss of sensation in hands and fingers and hyperlipidemia. Six's conditions, especially as relate to his spine, have rendered him totally and permanently disabled, and he suffers from severe physical limitations such that he is unable to perform even sedentary work on a sustained basis. Initially, the Defendants paid benefits to Six, but on or about September 12, 2016; despite Six's severe medical problems, the Defendants, without legal justification, stopped paying benefits to Six and refuse to pay Six the long-term disability benefits and life insurance premiums owed.

8. Six has complied with all conditions precedent to entitle him to benefits under the Plans, and he received final denials from both Plans on or about January 24, 2018. (See denial letters attached as exhibits C and D)

9. Six was approved for Social Security disability with an onset date of March 2015, and an offset for benefits payable by the Plans may be applicable. (See Award letter attached Exhibit E)

10. The Defendants are subsidiaries of CIGNA corporation and collectively underwrote the Plans and are the fiduciaries responsible for approving or denying claims and paying them if approved. Accordingly, the Defendants maintain a conflict of interest in the present situation.

11. Six has been forced to retain the services of counsel in order to bring this action, and the Defendants are obligated to pay attorney fees in addition to the unpaid benefits owed Six.

12. It is appropriate under these circumstances to award Six pre-judgment interest in addition to awarding him back benefits and current benefits under both Plans and to reinstate his life insurance policy benefits after paying up all past due premiums.

WHEREFORE, Plaintiff prays for an order awarding him: back benefits, current benefits and future benefits pursuant to both Plans, pre-judgment interest, attorney's fees, costs and all other appropriate and proper relief.

Respectfully submitted,

_____
DANIEL A. WEBB, Ark. Bar No. 2000113
Simmons Tower
425 W. Capitol, Suite 1586
Little Rock, Arkansas 72201
(501) 372-2400